AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

FINTIV, INC.,
*Plaintiff*

V.

Civil Action No. **6:18−CV−00372−ADA**

APPLE INC.,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO: Apple Inc.
c/o CT Corporation System
1999 Bryant Street, Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Mark Mann
Mann Tindel Thompson
300 W. Main St.
Henderson, TX 75652

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/TOM BRACE**
DEPUTY CLERK



**ISSUED ON 2018−12−21 15:06:23**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:18-CV-00372-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* APPLE, INC.
was received by me on *(date)* 1/4/19.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): USPS CM/RRR # 7013 2250 0000 4439 2758
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty that this information is true.

Date: _____

_____
Server's signature

Ruben J Neibert, PSC8923 7/31/20
Printed name and title

Box 446 Henderson TX 75653
Server's Address

Additional information regarding attempted sevice, etc:
_____
_____

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70132250000044392758

Remove ✕

**Expected Delivery by**

**FRIDAY**
**4** JANUARY 2019 ⓘ

by **8:00pm** ⓘ



✓ **Delivered**

January 4, 2019 at 9:41 am
Delivered
DALLAS, TX 75201

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?