IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **FINTIV, INC.,** | § § | Civil Action No.: 6:18-CV-372-ADA |
| **Plaintiff,** | § § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| **APPLE INC.,** | § § | |
| **Defendant.** | § § § | |

## JOINT MOTION TO ENTER SCHEDULING ORDER
## AND ORDER GOVERNING PROCEEDINGS

TO THE HONORABLE COURT:

Pursuant to the Court's Order to meet and confer in advance of the Rule 16 Case Management Conference, the Parties have reached agreements as to certain deadlines and not as to others related to the Scheduling Order and have reached agreement regarding the Order Governing Proceedings. Attached for the Court's review is attachment "A" Proposed Scheduling Order Agreed to in Part and Attachment "B" Order Governing Proceedings. The parties' competing proposed schedules are reflected in separate columns with disputed dates highlighted in yellow. Upon resolution of any competing proposals and approval by this Court, the Parties request the attached orders (modified as appropriate) to be signed as the Orders of the Court.

| | |
|---|---|
| Dated: May 28, 2019 | By: */s/ J. Mark Mann*<br>J. Mark Mann (Texas Bar No. 12926150)<br>mark@themannfirm.com<br>G. Blake Thompson (Texas Bar No. 24042033)<br>blake@themannfirm.com<br>**MANN \| TINDEL \| THOMPSON**<br>300 W. Main Street<br>Henderson, Texas 75652<br>913 Franklin Ave., Suite 201<br>Waco, Texas 76701<br>Telephone:  (903) 657-8540<br>Facsimile: (903) 657-6003<br><br>Andy Tindel (Texas Bar No. 20054500)<br>atindel@andytindel.com<br>**MANN \| TINDEL \| THOMPSON**<br>112 E. Line Street, Suite 304<br>Tyler, Texas 75702<br>Telephone: (903) 596-0900<br>Facsimile: (903) 596-0909<br><br>Craig D. Cherry (Texas Bar No. 24012419)<br>ccherry@haleyolson.com<br>**HALEY & OLSON, P.C.**<br>100 N. Ritchie Road, Suite 200<br>Waco, Texas 76701<br>Telephone: (254) 776-3336<br>Facsimile: (254) 776-6823<br><br>Jonathan K. Waldrop (CA Bar No. 297903)<br>(Admitted in this District)<br>jwaldrop@kasowitz.com<br>Darcy L. Jones (CA Bar No. 309474)<br>(Admitted in this District)<br>djones@kasowitz.com<br>Marcus A. Barber (CA Bar No. 307361)<br>(Admitted in this District)<br>mbarber@kasowitz.com<br>John W. Downing (CA Bar No. 252850)<br>(Admitted in this District)<br>jdowning@kasowitz.com<br>Heather S. Kim (CA Bar No. 277686)<br>(Admitted in this District)<br>hkim@kasowitz.com<br>Jack Shaw (CA Bar No. 309382)<br>(Admitted in this District)<br>jshaw@kasowitz.com<br>Gurtej Singh (CA Bar No. 286547)<br>(Admitted in this District)<br>gsingh@kasowitz.com<br><br>**KASOWITZ BENSON TORRES LLP** |

333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Daniel C. Miller (NY Bar No. 4232773)
(*pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1399 New York Avenue NW, Suite 201
Washington, DC  20005
Telephone:  (202) 760-3400
Facsimile:   (202) 760-3401
Email: dcmiller@kasowitz.com

Rodney R. Miller (Texas Bar No. 24070280)
(Admitted in this District)
**KASOWITZ BENSON TORRES LLP**
1349 West Peachtree Street N.W., Suite 1500
Atlanta, Georgia 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081
Email: rmiller@kasowitz.com

**Attorneys for Plaintiff**
**FINTIV, INC.**

*/ s / C l a u d i a   W i l s o n   F r o s t*
Claudia Wilson Frost – Lead Counsel
State Bar No. 21671300
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6400
Facsimile: 713.658.6401
cfrost@orrick.com

Travis Jensen (CA Bar No. 259925)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Rd.
Menlo Park, CA 942025
Telephone: 650.614.7400
Facsimile: 650.614.7401
tjensen@orrick.com

**Attorneys for Defendant**
**APPLE INC.**

**CERTIFICATE OF SERVICE**

      A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 28th day of May, 2019.

                                        */s/ Claudia Wilson Frost*
                                        Claudia Wilson Frost