United States District Court
Western District of Texas
Waco
**Deficiency Notice**

| | |
|---|---|
| To: | Ravel, J. Stephen |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, August 28, 2019 |
| Re: | 06:18-CV-00372-ADA / Doc # 61 / Filed On: 08/28/2019 08:45 AM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Incorrect case number or case style listed on document filed.
    Remarks: Correct case number is 6:2018-CV-00372; Document reflects 6:2019-CV-00372.