MAR 24 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

**STANDING ORDER REGARDING SCHEDULED HEARINGS IN CIVIL CASES IN LIGHT OF CHIEF JUDGE GARCIA'S MARCH 24 AMENDED ORDER**

In light of Chief Judge Garcia's Amended Order dated March 24, the Court enters the following order:

- All hearings for civil cases on the Waco division's docket will continue as scheduled, but will occur telephonically. The Court will provide the dial-in information[1] either via e-mail or within an order. Because there may be several hearings back-to-back, attorneys should wait until their case is called before speaking. Parties are encouraged to dial-in at least 10 minutes before the scheduled start time.
- For **non-*Markman* hearings**, to the extent a party wishes to use PowerPoint slides, the party must email them to the Court at least 24 hours before the hearing. If both parties wish to use PowerPoint slides, the parties must email them to the Court at an agreed time at least 24 hours before the hearing. If a party fails to email slides to the Court at least 24 hours before the hearing, the Court will deem that that party has waived its ability to use slides during the hearing.
- For ***Markman* hearings**, parties must email any slides they wish to use within 6 hours of receiving preliminary constructions from the Court.

[1] The parties are directed to provide a back-up conference call number in case there are technical issues with the Court's conference call number.

**SIGNED** this 24th day of March, 2020.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED
MAR 24 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

§
§
§

**AMENDED ORDER REGARDING COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY THE COVID-19 PANDEMIC**

For reasons stated in previous court orders dated March 13, 2020 and March 16, 2020, the Court enters the following Order:

1. The Courts of the Western District of Texas shall be closed with the following exceptions herein described.

2. All settings in any civil or criminal matter currently scheduled before May 1, 2020, are cancelled, pending further order of the court, with the exception of pleas, sentencings, criminal matters before Magistrate Judges, such as initial appearances, arraignments, detention hearings, and the issuance of search warrants or other warrants. The Magistrate Judge shall continue utilizing such procedures as the Magistrate Judge or Presiding District Judge may direct which are consistent with this Order and applicable law, including the use of video technology. All Central Violations Bureau proceedings scheduled between March 23, 2020 and May 1, 2020 are continued pending further Order of the Court.

3. All deadlines in a scheduling order, other than a trial date, shall remain in effect unless modified by the assigned Judge.

4. All judicial officers shall be mindful to limit and minimize the number of people in the courthouse, including courtrooms.

This **Order** does not apply to Bankruptcy Courts in the Western District of Texas.

Additionally, **IT IS HEREBY ORDERED** that the United States Marshal Service shall direct the Court Security Officers to conduct medical screening questions as prescribed by the Centers for Disease Control. Persons who appear to have flu-like symptoms shall not be permitted in the courthouse.

**SIGNED** this 24 day of **March, 2020.**

**ORLANDO L. GARCIA**
**Chief United States District Judge**