# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FINTIV, INC., | Civil Action No.: 1:19-CV-1238-ADA |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| APPLE INC., | |
| Defendant. | |

## JOINT MOTION TO AMEND THE PARTIES' AGREED SCHEDULING ORDER

**COME NOW**, Plaintiff Fintiv, Inc. ("Fintiv") and Defendant Apple Inc. ("Apple"), and hereby respectfully submit this Joint Motion to Amend the Parties' Agreed Scheduling Order (the "Joint Motion").

On April 9, 2020, in response to potential scheduling difficulties related to the COVID-19 virus, this Court entered a Standing Order Regarding Post-*Markman* Patent Cases (the "Standing Order"). [Dkt. No. 122]. The Court's Standing Order recognized the increased difficulties associated with preparing for a patent trial amid the COVID-19 virus. *Id.* As such, the Court Standing Order outlined an approach to alleviate these difficulties. *Id.*

The *Markman* hearing for this case occurred on November 7, 2019. [Dkt. No. 82]. By way of this Joint Motion, Fintiv and Apple request that the Court enter the attached Amended Agreed Scheduling Order,[1] which contains reasonable adjustments to the Parties' Agreed Scheduling Order. [Dkt. No. 38].

---

[1] In addition to the proposed Amended Agreed Scheduling Order attached to this Motion, the Parties have also attached (as "Exhibit A") an Amended Agreed Scheduling Order which compares the agreed proposed dates to the dates in the current Scheduling Order.

For the foregoing reasons, Fintiv and Apple pray that the Court grant this Joint Motion and enter the attached Amended Agreed Scheduling Order.

Dated: April 23, 2020

Respectfully submitted,

*/s/ J. Stephen Ravel*
Claudia Wilson Frost – Lead Counsel
Texas Bar No. 21671300
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6400
Facsimile: 713.658.6401
cfrost@orrick.com

Travis Jensen
California Bar No. 259925
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Rd.
Menlo Park, CA 94025
Telephone: 650.614.7400
Facsimile: 650.614.7401
tjensen@orrick.com

J. Stephen Ravel
Texas State Bar No. 16584975
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel. (512) 495-6429
Fax (512) 495-6401
steve.ravel@kellyhart.com

ATTORNEYS FOR APPLE INC.

*/s/ Andy Tindel*
J. Mark Mann (TX Bar No. 12926150)
mark@themannfirm.com

G. Blake Thompson (TX Bar No. 24042033)
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 W. Main Street, Henderson, TX 75652
913 Franklin Ave., Suite 201, Waco, TX 76701
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

Andy Tindel (TX Bar No. 20054500)
atindel@andytindel.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909

Craig D. Cherry (TX Bar No. 24012419)
ccherry@haleyolson.com
**HALEY & OLSON, P.C.**
100 N. Ritchie Road, Suite 200
Waco, TX 76701
Telephone: (254) 776-3336
Facsimile: (254) 776-6823

Jonathan K. Waldrop (CA Bar No. 297903)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
mbarber@kasowitz.com
John W. Downing (CA Bar No. 252850)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
hkim@kasowitz.com
Jack Shaw (CA Bar No. 309382)
jshaw@kasowitz.com
Gurtej Singh (CA Bar No. 286547)
gsingh@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200

Redwood Shores, CA 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Daniel C. Miller (NY Bar No. 4232773)
(*pro hac vice*)
dcmiller@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1399 New York Avenue NW, Suite 201
Washington, DC 20005
Telephone: (202) 760-3400
Facsimile: (202) 760-3401

Rodney R. Miller (TX Bar No. 24070280)
rmiller@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1349 West Peachtree Street N.W., Suite 1500
Atlanta, GA 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

**Attorneys for Plaintiff, FINTIV, INC.**

### CERTIFICATE OF SERVICE

The undersigned certifies that on April 23, 2020 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ J. Stephen Ravel*
J. Stephen Ravel