# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| FINTIV, INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 1:19-CV-1238-ADA |
| v. | § | |
| | § | |
| APPLE INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## AGREED AMENDED SCHEDULING ORDER SUBSEQUENT
## TO CASE MANAGEMENT CONFERENCE
### (Case Management Conference ("CMC") May 30, 2019)

| DEADLINE | ITEM |
|---|---|
| **May 20, 2019** | Plaintiff serves preliminary[1] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also produce (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| **June 13, 2019** | Deadline for Motions to Transfer. |
| **July 25, 2019** | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s), and (3) summary, annual sales information for the accused product(s) for the prior two years, unless the parties agree to some other timeframe. |
| **August 8, 2019** | Parties exchange claim terms for construction. |

---

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served and should do so seasonably upon identifying any such material. Any amendment to add claims requires leave of court so that the Court can address any scheduling issues.

| DEADLINE | ITEM |
|---|---|
| **August 22, 2019** | Parties exchange proposed claim constructions. |
| **September 5, 2019** | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| **September 12, 2019** | Parties file Opening claim construction briefs, including any arguments that any claim terms are indefinite. |
| **October 3, 2019** | Parties file Responsive claim construction briefs. |
| **October 17, 2019** | Parties file Reply claim construction briefs. |
| **October 24, 2019** | Parties submit Joint Claim Construction Statement, optional tutorials, and consolidated briefing collated by Opening, Response, and Reply. |
| **November 8, 2019** | Markman Hearing at 9:00 a.m. in Austin, Texas. |
| **November 14, 2019** | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| **December 19, 2019** | Deadline to add parties. |
| **January 9, 2020** | Deadline to serve Final Infringement and Invalidity Contentions. |
| **January 30, 2020** | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims. |
| **March 26, 2020** | Deadline to serve privilege log. |
| **August 4, 2020** | Deadline for plaintiff to narrow the number of claims asserted. |
| **August 25, 2020** | Close of Fact Discovery. |
| **September 8, 2020** | Opening Expert Reports. |
| **September 8, 2020** | Deadline for defendant to narrow the number of prior art references at issue. |
| **October 13, 2020** | Rebuttal Expert Reports. |
| **November 13, 2020** | Close of Expert Discovery. |
| **December 2, 2020** | Dispositive motion deadline and *Daubert* motion deadline. |
| **January 8, 2021** | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, designations). |
| **January 26, 2021** | Serve objections to pretrial disclosures/rebuttal disclosures. |

| DEADLINE | ITEM |
| --- | --- |
| **February 4, 2021** | Serve objections to rebuttal disclosures and **File** Motions *in limine*. |
| **February 12, 2021** | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, designations); file oppositions to motions *in limine*. |
| **February 19, 2021** | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| **February 24, 2021** | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| **March 1, 2021** | Final Pretrial Conference. |
| **March 4/5, 2021** 9AM | Jury Selection. |
| **March 8, 2021** 9:00AM | Trial. |

SIGNED this  24th  day of  April  2020.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE