# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| FINTIV, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | AU:19-CV-01238-ADA |
| | § | |
| APPLE INC. | § | |

## ORDER SETTING MARKMAN HEARING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MARKMAN HEARING BY ZOOM** on **Friday, August 28, 2020 at 10:00 AM**.  A link to the Zoom hearing will be sent by e-mail.

IT IS SO ORDERED this 24th day of August, 2020.


_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE