# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| FINTIV, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | AU:19-CV-01238-ADA |
| | § | |
| APPLE INC. | § | |

## ORDER SETTING MOTION HEARING BY ZOOM

  IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING BY ZOOM** on **Tuesday, September 01, 2020 at 02:00 PM**. The llink for the Zoom hearing will be sent by e-mail.

  IT IS SO ORDERED this 24th day of August, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE