**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **FINTIV, INC.,** *Plaintiff* § § § | |
| | §   A-19-CV-01238-ADA |
| -v- § § | |
| **APPLE INC.,** *Defendant* § § § | |

## ORDER CORRECTING PRIOR ORDER

On September 30, 2020, the Court issued a text order inadvertently denying Apple's Motion to Dismiss Fintiv's declaratory judgment counterclaim regarding the validity of the asserted patent. The Court now corrects that text order.

It is therefore **ORDERED** that the Court's September 30, 2020 text order denying Apple's Motion to Dismiss is **VACATED**.

It is further **ORDERED** that Apple's Motion to Dismiss at ECF No. 93 is **GRANTED**.

**SIGNED** this 30th day of September, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE