IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FINTIV, INC.,** § § § **Plaintiff,** § § v. § § **APPLE INC.,** § § **Defendant.** § § § | Civil Action No.: 1:19-cv-01238-ADA<br><br>**JURY TRIAL DEMANDED** |

## AGREED AMENDED SCHEDULING ORDER

Per agreement of the Parties, the scheduling order in the above-captioned matter is hereby amended as follows:

| DEADLINE | ITEM |
|---|---|
| **March 22, 2021** | Opening Expert Reports |
| **March 22, 2021** | Deadline for defendant to narrow the number of prior art references at issue |
| **April 29, 2021** | Rebuttal Expert Reports |
| **May 24, 2021** | Close of Expert Discovery |
| **June 14, 2021** | Dispositive motion deadline and *Daubert* motion deadline |
| **June 28, 2021** | Dispositive motion and *Daubert* Oppositions |
| **July 12, 2021** | Dispositive motion and *Daubert* Replies |
| **August 2, 2021** | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, designations) |
| **August 12, 2021** | Serve objections to pretrial disclosures/rebuttal disclosures |
| **August 19, 2021** | Serve objections to rebuttal disclosures and **File** Motions *in limine* |
| **August 31, 2021** | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, designations); file oppositions to motions *in limine* |
| **September 7, 2021** | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine* |

| DEADLINE | ITEM |
|---|---|
| **September 17, 2021** | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* |
| **September 24, 2021** | Final Pretrial Conference |
| **October 1, 2021** | Jury Selection |
| **October 4, 2021** | Trial |

SIGNED this   11th   day of     February     2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE