IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FINTIV, INC.,** | § | |
| *Plaintiff,* | § | |
| | § | **1-19-CV-01238-ADA** |
| v. | § | |
| | § | |
| **APPLE INC.,** | § | |
| *Defendant.* | § | |
| | § | |

### AMENDED ORDER RESETTING JURY TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY TRIAL** in the United States Courthouse, 501 West 5th St, Austin, TX 78701 on October 4, 2021 at 9:00 AM.

IT IS SO ORDERED this 10th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE